UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trustees for The Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, and Training Program Fund, *et al.*,

    Petitioners,

—v—

R.J.B. Contracting Corp.,

    Respondent.

19-cv-10836 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On November 22, 2019, Petitioners filed a petition to confirm an arbitration award. Dkt. No. 1. Petitioners' memorandum of law in support of their petition is due within one week of the date of the date of this order. Petitioners shall serve Respondent within two weeks after filing their memorandum of law and shall file proof of service within one week from the date of service.

IT IS FURTHER ORDERED that Respondent's opposition to the petition shall be due two weeks from the date of service. Petitioners' reply, if any, shall be due one week thereafter. Additionally, Petitioners serve a copy of this Order on Respondent and inform Respondent of Rule 1.H. of this Court's Individual Practices, which requires all attorneys representing parties before this Court to register promptly as filing users on ECF.

SO ORDERED.

Dated: December 3, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge