UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trustees for The Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, and Training Program Fund, *et al.*,

    Petitioners,

—v—

R.J.B. Contracting Corp.,

    Respondent.

19-cv-10836 (AJN)

ORDER

JAN 2 2 2020

ALISON J. NATHAN, District Judge:

According to the Court's Order of December 3, 2019, Respondent's opposition to Petitioners' petition to confirm arbitration was due within two weeks of receipt of service of that petition. Dkt. No. 6. On December 10, 2019, Petitioners filed an affidavit of service. Dkt. No. 7. However, the Court is not in receipt of Respondent's opposition. If no response is filed within two weeks of the date of this Order, the Court will deem the petition unopposed.

Petitioners shall serve this Order on Respondent and file an affidavit of such service on the public docket within three (3) business days of the date of this Order.

SO ORDERED.

Dated: January 21, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge