UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trustees for The Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, and Training Program Fund, *et al.*,

Petitioners,

–v–

R.J.B. Contracting Corp.,

Respondent.

19-cv-10836 (AJN)

ORDER

JAN 3 0 2020

ALISON J. NATHAN, District Judge:

Pursuant to the Court's order of January 21, 2020, Dkt. No. 10, Petitioners were required to serve Respondent with a copy of the order and file proof of service within three business days of the date of the order. As of this date, the Court is not in receipt of proof of service. Accordingly, by February 3, 2020, Petitioners shall file proof of service of the Court's January 21, 2020 order on Respondent.

SO ORDERED.

Dated: January 30, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1