UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trustees for The Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, and Training Program Fund, et al.,

                 Petitioners,

–v–

R.J.B. Contracting Corp.,

                 Respondent.

19-cv-10836 (AJN)

JUDGMENT

ALISON J. NATHAN, District Judge:

The Petitioners having filed a petition to confirm an arbitration award (the "Petition"), and the action having come before the Court and the Court having considered the same and ordered entry of judgment in favor of Petitioners, now therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, the underlying arbitration award is confirmed, and judgment is entered in favor of the Petitioners and against Respondent as follows:

1. Awarding Petitioners $54,660.80 pursuant to November 25, 2018 arbitration award;

2. Awarding Petitioners post-judgment interest at the statutory rate required by 28 U.S.C. § 1961.

SO ORDERED.

Dated: November 24, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge